```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/13/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOSEPH F. DESANTIS,

                Plaintiff,              05 **CIVIL** 10868(DC)

      -against-                    **JUDGMENT**

DEUTSCHE BANK TRUST COMPANY AMERICAS,
INC., DEUTSCHE BANK AMERICAS HOLDING
CORP., and DEUTSCHE BANK AG NEW YORK,
                Defendants.
------------------------------------------------------------X

      Defendants having moved for summary judgment, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on January 9, 2009, having rendered its Memorandum Decision granting defendants' motion for summary judgment, dismissing the complaint with costs but without fees, and finding that DeSantis is entitled to the severance package initially offered by the Bank, provided he signs the release within 10 days hereof the Memorandum Decision dated January 9, 2009, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision dated January 9, 2009, defendants' motion for summary judgment is granted and the complaint is dismissed with costs but without fees; the Courts finds that DeSantis is entitled to the severance package initially offered by the Bank, provided he signs the release within 10 days hereof the Memorandum Decision dated January 9, 2009; accordingly, the case is closed.

**Dated:** New York, New York
         January 13, 2009                     **J. MICHAEL McMAHON**
                                                             **Clerk of Court**
                                     **BY:**
                                                               **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____